1
2
3
4
5
6
7

UNITED DISTRICT COURT FOR THE

CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| MATTHEW A. NEIDERMEYER, | Case No. SACV 14-01209JLS (DFMx) |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| CHP OFFICER MICHAEL CALDWELL #20073, individual and as peace officer, J.A. FARROW, individually and as Commissioner, State of California, DOES 1-10, inclusive, | Judge: Honorable Josephine L. Staton |
| Defendants. | |

Pursuant to and for the reasons stated in this Court's orders dated October 21, 2015, and December 16, 2015, in which the Court granted the motion for summary judgment and the motion for reconsideration filed by defendant California Highway Patrol Officer Michael Caldwell ("Defendant"), and denied the motion for summary judgment and the motion for reconsideration filed by plaintiff Matthew Neidermeyer ("Plaintiff"), with respect to Plaintiff's Second Amended Complaint, the Court hereby enters final judgment in this matter as follow:

///
///
///

1

**IT IS HEREBY ADJUDGED** that all of Plaintiff's claims are dismissed with prejudice, that Plaintiff shall take nothing, and that Defendant shall have judgment against Plaintiff on all claims. As the prevailing party, within fourteen days of the entry of this Judgment, Defendant may file a properly supported application to tax costs in conformity with Local Rule 54-2 and -3.

Dated: February 04, 2016

THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE